UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRIANNA BROOKS, ET AL. | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO.: 5:22-cv-2203 |
| SKIPPER 1339, LLC, ET AL. | * | |
| Defendants. | * | |

*************************************************************************

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of the Parties' Settlement Agreement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). Having reviewed the Settlement Agreement, and for good cause established therein, the Court enters this Final Order and Judgment Approving the Parties' Settlement Agreement and Dismissing this Action, as follows:

1. The Court approves the Parties' Settlement Agreement upon the factual finding that the terms and conditions of the same and total settlement amount paid by Defendants to Plaintiffs and to Plaintiffs' Counsel set forth therein constitute a fair, reasonable, and adequate resolution of the *bona fide* dispute between the Parties in this matter as to Defendants' alleged liability to Plaintiffs under the FLSA. *See Russo v. Vill. of Put-In-Bay*, 2023 U.S. Dist. LEXIS 72206 (N.D. Ohio 2023); *Jackson v. Trubridge, Inc.*, 2017 U.S. Dist. LEXIS 193782, at *4 (N.D. Ohio 2017);

2. The Court dismisses this Action, and all claims in this matter, with prejudice; and

3. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

2/29/2024
Date

United States Magistrate Judge
United States District Court
For the Northern District of Ohio